SENEN MEDINA v. HOWARD L. BEYER.

November 2, 1987.

Petition for certification denied.

CHARLES WALL v. HOWARD L. BEYER.

November 2, 1987.

Petition for certification denied.

TEMPLETON ARMS v. ADA FEINS.

November 2, 1987.

Petition for certification denied.

VIRGINIA SCHANER AND FREDERICK SCHANER v. MAYFAIR
SUPERMARKETS AND N.J. AUTOMATIC DOOR, CO.

November 2, 1987.

Petition for certification denied.